michael o'callaghan
Box 14093
PDK 97293

FILED 25 MAY '21 10:08 USDC-ORP

In the United States District Court

For the District of Oregon

Portland Division

Michael O'Callaghan

   Plaintiff                   Case #   3:21-CV-812-AC

        V

City of Portland

Rapid Response Bio Clean            Complaint

   Defendants

## Introduction

   The plaintiff is unhoused and living as such For over 12 years and has been the clear target of city employees and contractors For that time period. As affirmed in The attached affidavit I am being threatened again.

   These confiscations violate ① Search & Seizure ② Due Process ③ cruel and unusual Punishment and ④ equal protection portions of the US and Oregon Constitution.

   The plaintiff requests a jury trial and an award of at least $75,000 in damages.

   He also requests InForma Pauperus & Expedited Consideration

              Michael O'Callaghan     May 24 2021

Motion For inForma Pauperus

The plaintiFF lives on $850⁰⁰ ssa and $126⁰⁰ EBT
he does not have the economic ability to pay court
Fees

Signed ~~Willof Odl~~
PlaintiFF

Motion For Expedited Consideration

The attached notice will allow consFication
oF the plaintiFFs property on private property
as ~~they have~~ was done the day beFore.
Please declare this attached notice
has no authonty oF law.

I aFFirm i mailed copies
To: City oF Portland
Rapid Response Bio Hazzard

Affidavit

My name is Michael O'Gallaghan i swear the Following is true.

I am among the unhoused in Portland For over 12 years. As such i have been Forceably removed From my campsites over 25 times and never been cited For a camping violation BCC 14 A.50.020.

Each time my property was stolen i attempted To retrieve it. Never have i been able to get my property back. The most Futile eFFort involved a non-existant address.

The above information is documented in my litigation with the City in Case #3-12-CV-00201 BR. Iudge Brown's ruling on the Constitionality of The Camp ordinance was overuled by the 9th Circuit Court ruling which Ruled citing For Camping when the Shelters are Full is cruel and unusual. when the courts decision was announced mayor Ted wheeler said he would ignore the ruling.

Past Foward To may 12, 2021, where a clean up Crew For the City Rapid Response Bio Clean is doing a clean up oF a camp site adjacent to private property i am on. AFter they Finnish on may 14, i Found they entered posted private property and removed 20 pcs oF 3/8" plywood

AFF PP1

and numerous other woods. The property was not posted.

Addendum: 2nd posting today at 1Pm (Attached)

On Sat May 15, I again inspected the property and found the attached posting. This notice threatens to steal more of my property on Posted private property.

The legal basis for this seizure is an unconstitutional camp ordinance

The plantiff prays this court restrain the city from inflicting cruel and unusual punishment on its peoples

Michael O'Callaghan                    May 24 2021

michael o callaghan
Box 14093
PDX 97293
503-960-3787

ARF 882



# NOTICE:
# ILLEGAL CAMPSITE

It is the policy of the City of Portland to provide notice before removing shelters erected at illegal campsites. This campsite will be cleared no less than Forty-eight (48) hours after and within ten (10) days of: **5/14/2021**

Shelter is available in Portland through several nonprofit service agencies. For more information about shelter and other services, call

## 2-1-1

All property confiscated from this camp will be maintained by Rapid Response Bio Clean, at their storage facility, for a minimum of thirty (30) days. Property owners may inquire with Rapid Response Bio Clean to attempt to locate confiscated property: (503) 387-1336; Monday through Friday, 8:00 a.m. to 4:30 p.m. or Saturday, 10:30 a.m. to 2:30 p.m. Property unclaimed thirty (30) days after **5/17/2021** will be destroyed.

---

# NOTIFICACIÓN:
# CAMPAMENTO ILEGAL

La Política de la Ciudad de Portland contempla notificar antes de retirar los refugios erigidos en lugares donde acampar es ilegal. Este campamento será despejado no antes de las próximas cuarenta y ocho (48) horas y a más tardar dentro de los diez (10) días siguientes a partir de: **5/14/2021**.

En Portland hay albergue disponible a través de numerosas agencias de servicio sin fines de lucro. Para más información sobre albergues y otros servicios, llame al teléfono

## 2-1-1

Toda propiedad confiscada de este campamento quedará en poder de Rapid Response Bio Clean, que la tendrá en su instalación de almacenamiento por un plazo mínimo de treinta (30) días. Los dueños pueden consultar por sus pertenencias a Rapid Response Bio Clean para intentar ubicar la propiedad confiscada llamando al (503) 387-1336 de lunes a viernes de 8:00 a.m. a 4:30 p.m. o sábado, 10:30 a.m a 2:30 p.m. Toda propiedad no reclamada treinta (30) días después del **5/17/2021** será destruida.

Time of Posting: **1:00 pm**



# NOTICE:
# ILLEGAL CAMPSITE

It is the policy of the City of Portland to provide notice before removing shelters erected at illegal campsites. This campsite will be cleared no less than Forty-eight (48) hours after and within ten (10) days of: **5/24/21**

Shelter is available in Portland through several nonprofit service agencies. For more information about shelter and other services, call

## 2-1-1

All property confiscated from this camp will be maintained by Rapid Response Bio Clean, at their storage facility, for a minimum of thirty (30) days. Property owners may inquire with Rapid Response Bio Clean to attempt to locate confiscated property: **(503) 387-1336**, Monday through Friday, 8:00 a.m. to 4:30 p.m. or Saturday, 10:30 a.m. to 2:30 p.m. Property unclaimed thirty (30) days after **5/26/21** will be destroyed.

---

# NOTIFICACIÓN:
# CAMPAMENTO ILEGAL

La Política de la Ciudad de Portland contempla notificar antes de retirar los refugios erigidos en lugares donde acampar es ilegal. Este campamento será despejado no antes de las próximas cuarenta y ocho (48) horas y a más tardar dentro de los diez (10) días siguientes a partir de: **5/24/21**

En Portland hay albergue disponible a través de numerosas agencias de servicio sin fines de lucro. Para más información sobre albergues y otros servicios, llame al teléfono

## 2-1-1

Toda propiedad confiscada de este campamento quedará en poder de Rapid Response Bio Clean, que la tendrá en su instalación de almacenamiento por un plazo mínimo de treinta (30) días. Los dueños pueden consultar por sus pertenencias a Rapid Response Bio Clean para intentar ubicar la propiedad confiscada llamando al **(503) 387-1336** de lunes a viernes de 8:00 a.m. a 4:30 p.m. o sábado, 10:30 a.m a 2:30 p.m. Toda propiedad no reclamada treinta (30) días después del **5/26/21** será destruida.