FILED 18 JUN '21 16:04 USDC-ORP

Michael O'Callaghan
Box 14093
PDX 97293

In The United States District Court
For The District of Oregon
Portland, Division

Michael O'Callaghan
Plaintiff

v.                              Case # 21-CV-812

City of Portland

Rapid Response
Multnomah County
Defendants

<u>motion to Ammend</u>

The plaintiff appreciates the courts allowance to ammend his threadbear recitels. They were done in haste as destruction was emminate. The shadow of the court protected me because i sought litigation.

This has not stopped the "monitering." Last nite i was awakened by a bright search light at 2:14 AM. I will send the photo. The car was on the McCloughlin off ramp of the Ross Island bridge. It is one lane and there is only a 12' area where this is possible. This lasted for over 60 min. Police. I am not safe.

①

Equal Protection

See attachment. Copy of Page 4 of complaint Case 3:12-cv-00201 BR.

In 2007 the plaintiff was living on private property adjacent to springwater trail when he was told by ranger Mark Nelson that he was an illegal camper. The Ranger was informed this was private property. The ranger continued at one point going thru his papers to get his name and send it to alaska police to get his photo. (discovery).

The plaintiff appealed to his superior Mark Warrington with a property map. The harassment stopped. The plaintiff returned after a two month travel and the harrasment by Mark started again. I appealed to his superior they stopped. I travel again, return, harassment again. Call warrington has retired This brings us to #3 on the cronology.

The plaintiff is an activast who searches for solutions. As such he has designed built and used many mini houses. He decided to design and build as cheap as he could and sit on such for 30 days outside city hall. He returned one morning to discover the police had loaded the caddie lack shack

②

into a police van. He took out his camera. Confronting 3 people. They huddled and left. upon regrouping announced "you can take it but you gota do it." I retreived my stolen property. Thru discovery, Found it was the Chief of Police, noco sheriff, mike Reese That told them to take it and then mayor Sam Adams told them to give it back. love discovery.

Nelson continued posting notices on 9-4, 9-16, 9-30, 10-1, 10-20, 11-9, 12-4 on 1-26 Nelson and Palmiter arrest the plaintiff, on private property For destruction of public property on a charge of criminal mischief.

upon release that day the plaintiff Filed an appeal of an exclusion staying the appeal. despite the Fact the exclusion was stayed and Palmiter refused To check upon being informed the plaintiff was arrested again. and Jailed 1-27-11 Since the plaintiff was jailed he couldnt make his mandatory hearing. the jailer said she would take care of it. the plaintiff appeared the next day and retrieved paperwork stating all charges were dropped.

The plaintiff moved to a dead eand alley on 3rd and Ivon. On 2-3-11 officer Palmiter and Nelson show up and post "ilegal Campsite. On 2-7 sheriff work crew destrys my shelter.

③

The arrest by Palmeter the third time on 2-10-11 was most interesting. He posessed a warrant for a failure to appear for the first arrest??? Palmeter knew the warrant was not valid for he had jailed me, also charges had been dropped. Two other points of interest, he came with a city attorney?? and i was at a remote spot on a large vacant lot and they drove right to me. They were using a Sting Ray program that identify cell phone locations. The attorney admited knowledge of Sting Ray in deposit'ioas.

The plaintiff recrieved a multnomah court order restraing the city from taking his property on private property. With the leascholders permission i move on to private property at 3rd & Ivon where, i build a 8'x8' struture out of dunnage.

On memorial day weekend i return to an arson job that has all the markings of police. Two return at 5:30 Tue as i am doing repairs. I get there cards. unprovable.

I apped to city Attorney Jim Rice to stop the harassment. (Discovery) Jim Rice Tells the police he is the DA and to sweep 3rd and Ivon. So my house is destroyed again.

Meanwhile i am working with four others to start Right to Dream by writting their 501-c-3 and signing the lease. I move to private property

④

on 4th and Burnside with no other unhoosed. 10-10-11

After i left right to dream i endured endless police harassment so i moved back to the private Property along springwater and built a 4'h x 4'w x 8'L shelter with a sliding glass door racing the river. When it was posted i asked Anna Brown For a restraining order. In Her Denial she wrote "the plaintiff is living on public property and is likley to continue to do so." In my motion For reconsideration i made bold the Fact i was on Private not Public. Reconsideration Denied. My home on private property was once again destrayed.

The thing that got me about AB Final order was the statement "the plaintiff submitted no Facts ??? oh well on to the 9th

OF cource the harassment continues but not to the litigation level until sept 6 2016 when Police and city agents stole 4 oF my Tents among other things. Replacing my sleeping bag with one soaked. Another time dumping my tents contents on the ground Aug 21 2020 Photo

meanwhile back at the ranch, i had discovered a property with Zero value, because it was steep, and i began to hack out a platform in 2010. After the sweep oF 2016 decided to move there and build. I built a 4x4x8 there From Saluage wood and had a stockpile

5

of plywood down the hill 20' vertical feet. I am tasking watching a work crew clearing under McGlaglilin of peoples property. I leave to do errands around 3:30. I return at five to see they have climbed down carving steps in the side bank to steal all my plywood?? Calls go unanswered.

One morning I was disturbed by someone throwing rocks on my shed. exiting I am told by a portland police officer my place will be destroyed. I film him, he ignores the fact he is on private property when informed by me and the sign. Nothing happened.

And now we come to the present harassment. the property line was clearly delineated with pallets nailed with 2'x4"'s. Those were removed as was the 50 lb coffee table blocking the entrance spray painted stay out. The trespassing privat property sign was ignored

The city and or their agents have destroyed 3 of my homes on private property and have threatened to do it again twice.

The plaintiff is a target.

6

### Fourth Ammendment

There is no doubt these actions are in the simplest of terms a search and seizure therfore the question is "is it reasonable"?

Is it "reasonable" To destroy a structure on private property using the camp ordinance which only appiles on PUBLIC property and which gives no authority For destruction? nor consfication

There is little doubt the plaintiff is not secure in his persons, papers and effects. Seems This only appilies to housies.

Note: Yeager was on public property. non aplicapable.

### Eighth Ammendment

I think we can agree O'Callaghan 9ᵗ Circuit 2018 said if the shelters are full it is so it is prohibited from prosecuting criminals for sleeping on public property.

This situation offers me as a litigant a situation where both sides of the coin are tails.

Both of my prior cases were dismissed because i was not cited

KGW sep 8 " Sgt Burley... one citation under that code one in 2018 and three in all of 2016." Sept 8 2018

As shown in the three photos enforcement is ongoing How can i achieve judical equity? I am denied, undeniably

7

To the unhoused the confiscation of thier property is cruel, no doubt, however not unusual. A citation is insignificant, its the punnishment that Killed my neighbor Mark in 2006. laid on the trail till a Friend called 911.

## Due Process

Probable cause - Citation - Judical Access - remedy - Appeal
    The plaintiff has been "posted" over 25 times For camping violations and threatened with property disposal. Apx 20 on private property 5 on public. The ordinance is silent on confiscation. Also it only speaks to public property not Private.
    In the prior cases the court ignored the private property Question in its entirety.
    With all this action going on how have had judical access before denial of property? understand most of this action: start 2007 O'Callaghan was 2018
    All these postings no citation no judical access NO Due Process. Not First part nor the second nor the third.
    Thru discovery we will Find the deFendants Codes allowing Confication on Public and Private property

⑧

## Discussion

I respectfuly request you fimilarise yourself with L A Federal Judge Carter on hold 9th circuit ruling June 15 i think.

We have a problem in portland that the City and county have ignored for over 15 years. Remember the 10 year plan to end homelessness? Produced zero.

I spoke to the city and county about every six months concerning the unhoused.

Upon being released from jail on 1-27-11 i was included in the homeless count for the First time. what i did for two weeks is when i saw a group of people, asked are you unhoused? if they answered yes, asked if they were surveyed 75 outside, 15 surveyed. The undercount was by a factor of 5 x. I think the offical number was 2,000. So the real count is at least 10,000.

With this past survey i found 20 unhoused none surveyed. I gave up.

Understand how many more when the Rent Freeze stops!!!

Please go to mayormikeac.com there under menue see how we could allow garage rentals also how vacant dwellings could be fined per bedroom after vacant x ammount of months. Also self governing Camps fenced 25 or less with community agreement

(9)

The community dosn't have the money to build housing For the 20-30 thousand on the street soon to double when the rent Freeze stops.

I understand your authority lies with laws ~~and~~ their aplication and Fines and or Prison.

Please be a neutral platform in having the adverse parties work Toward a solution that allows the unhoused to be saFe. Now we are not saFe

As a note Rapid Response also has a contract with the County so i have added than as deFendants

michael O'Callaghan

June 17, 2021



# Cronology

① 5-7-09  Juryless trial resulting in two unlawful "exclusions"

② 8-8-09 & 8-10-09  lost Notice of Exclusions

③ 9-4-10  Attached "Notice of Voluntary Compliance"

④ 9-16-10  Attached "Notice"

⑤ 9-30-10  "

⑥ 10-1-10  "

⑦ 10-20-10  Police steal "Silver Bullet

⑧ 10-20-10  Attached "Notice"

⑨ 11-9-10  "

⑩ 12-4-10  "

⑪ 1-26-11  Arrested 1st Time — Hearings #3110021 Civil Trial / violation Criminal Trial

⑫ 1-27-11  Arrested 2nd Time  ruled invalid Hearings Officer

⑬ 2-3-11  Notice of Illegal Campsite

⑭ 2-7-11  Destroyed Shelter

⑮ 2-10-11  Arrested 3rd Time

⑯ 6 portland police Searches on private property

⑰ memorial Day Fire Arson

⑱ 8-26-11  Private property raided

⑲ 9-28  9-30  10-2  Police failing Plamtff

⑳ 10-10-11  Refuge at Right to Dream 2 4th & Burnside

㉑ 12-23-11  Police harrasment.

From Complaint in AB    ④