MARC RODRIGUEZ, OSB #201019
Assistant Deputy City Attorney
marc.rodriguez@portlandoregon.gov
DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
Denis.vannier@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL O'CALLAGHAN,** | **Case No.: 3:21-cv-00812 AC** |
| **PLAINTIFF,** | |
| v. | **DEFENDANT CITY OF PORTLAND'S ANSWER, AFFIRMATIVE DEFENSES, AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT** |
| **CITY OF PORTLAND, RAPID RESPONSE MULTNOMAH COUNTY** | |
| **DEFENDANTS.** | |

For its Answer to Plaintiff's *pro se* Amended Complaint, Defendant City of Portland

("City") responds to Plaintiff's allegations, which do not follow the mandate of FRCP 10(b) in

that the paragraphs are not consecutively numbered, as follows:

1.

City denies that it has violated Plaintiff's constitutional Fourth Amendment rights.

Page  1  – DEFENDANT CITY OF PORTLAND'S ANSWER, AFFIRMATIVE DEFENSES,
AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

2.

City denies that it has violated Plaintiff's constitutional Eighth Amendment rights.

3.

City denies that it has violated Plaintiff's constitutional Due Process rights.

4.

City denies that it has violated Plaintiff's Equal Protection rights under the US and Oregon constitutions.

5.

Except as expressly responded to above, City lacks sufficient knowledge or information to admit or deny any remaining allegation in Plaintiff's Amended Complaint and therefore denies the same.

BY WAY OF FURTHER ANSWER, AFFIRMATIVE DEFENSES AND DEFENSES, City alleges as follows:

FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

6.

Plaintiff has failed to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

(No Depravation of a U.S. Constitutional Right)

7.

Plaintiff has failed to plead facts sufficient to support a claim of right under the U.S. Constitution.

Page  2 – DEFENDANT CITY OF PORTLAND'S ANSWER, AFFIRMATIVE DEFENSES, AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

THIRD AFFIRMATIVE DEFENSE

(No Depravation of an Oregon Constitutional Right)

8.

Plaintiff has failed to plead facts sufficient to support a claim for violation of a right

under the Oregon Constitution.

FOURTH AFFIRMATIVE DEFENSE

(No damages for Violation of Oregon Constitution)

9.

Plaintiff has no private right of action for any damages for any violation of the Oregon

Constitution. *Hunter v. City of Eugene*, 309 Or. 298 787 P.2d 881 (1990).

FIFTH AFFIRMATIVE DEFENSE

(No Punitive Damages Against Defendant City of Portland)

10.

Plaintiff is not allowed to recover punitive damages against the City either under federal

or state law. *Newport News v. Fact Concerts, Inc.*, 453 U.S. 247 (1981); ORS 30.269(1).

SIXTH AFFIRMATIVE DEFENSE

(Discretionary Immunity)

11.

The acts or omissions that Plaintiff alleges give rise to his claim against the City are

discretionary functions and/or duties for which the City is immune from liability.

/ / /

/ / /

Page  3 – DEFENDANT CITY OF PORTLAND'S ANSWER, AFFIRMATIVE DEFENSES,
AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

SEVENTH AFFIRMATIVE DEFENSE

(Justification/Privilege)

12.

All of City's conduct as alleged by Plaintiff was legally justified and/or privileged by law.

EIGHTH AFFIRMATIVE DEFENSE

(Lack of Standing)

13.

Plaintiffs lack standing under federal law to seek declaratory and injunctive relief against the City.

NINTH AFFIRMATIVE DEFENSE

(Claim preclusion/Collateral Estoppel)

14.

Plaintiff's claims are barred by claim preclusion and/or collateral estoppel.

TENTH AFFIRMATIVE DEFENSE

(Oregon Tort Claims Act)

15.

Plaintiff's damage claims are limited as set forth in the Oregon Tort Claims Act. Plaintiff's claims are also subject to all limitations, conditions and immunities contained in the Oregon Tort Claims Act as set forth in ORS 30.270, *et seq*. including but not limited to the limitation on damages found in ORS 30.270.

/ / /

Page 4 – DEFENDANT CITY OF PORTLAND'S ANSWER, AFFIRMATIVE DEFENSES, AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

FIRST DEFENSE

(Insufficient Service of Process)

16.

Plaintiff's claims should be dismissed because of insufficient service of process.

SECOND DEFENSE

(Improper *In Forma Pauperis*)

17.

Plaintiff's claims should be dismissed because of his improper use of *In Forma Pauperis*.

THIRD DEFENSE

(Reservation of Additional Defenses)

18.

City reserves the right to assert additional defenses as they may become apparent as the result of being better able to understand Plaintiff's allegations and/or as revealed by discovery or otherwise.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant City asks for the following relief:

A. That Plaintiff's Complaint be dismissed and that judgment be entered in Defendant City's favor;

B. That Defendant City be awarded its reasonable costs herein; and

/ / /

/ / /

/ / /

Page 5 – DEFENDANT CITY OF PORTLAND'S ANSWER, AFFIRMATIVE DEFENSES, AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

C.  That Defendant City be awarded such other relief as the Court deems just and

equitable.

Dated:  January 5, 2022

Respectfully submitted,

*/s/Marc Rodriguez*
MARC RODRIGUEZ, OSB # 201019
Assistant Deputy City Attorney
DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

Page  6  – DEFENDANT CITY OF PORTLAND'S ANSWER, AFFIRMATIVE DEFENSES,
AND DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT CITY OF PORTLAND'S

ANSWER, AFFIRMATIVE DEFENSES, AND DEFENSES on:

Michael O'Callaghan
njalocallaghan@hotmail.com
PO BOX 14093
Portland, OR 97293
*Self-Represented Plaintiff*

Kenneth Abere, Jr.
Amber A. Beyer
kabere@cosgravelaw.com
abeyer@cosgravelaw.com
Cosgrave Vergeer Kester LLP
900 SW Fifth Ave., 24th Floor
Portland, OR 97204
*Of Attorneys for Defendant Rapid Response*

on January 5, 2022, by causing a full, true and correct copy thereof, addressed to the last-known

address (or fax number) of said attorney, to be sent by the following method(s):

☒     by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐     by **hand delivery.**

☒     Via the Court's electronic filing System

☒     by **email** pursuant to LR 5-2(b).

☐     by **facsimile transmission.**

*/s/Marc Rodriguez*
MARC RODRIGUEZ, OSB #201019
Assistant Deputy City Attorney
DENIS M. VANNIER, OSB #044406
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

Page  1  –  CERTIFICATE OF SERVICE