UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL O'CALLAGHAN,

      Plaintiff - Appellant,

v.

CITY OF PORTLAND and RAPID
RESPONSE BIO CLEANING, LLC,

      Defendants - Appellees.

No. 24-7752

D.C. No. 3:21-cv-00812-AR
District of Oregon,
Portland

ORDER

A motion to substitute appellant's personal representative as a party to this appeal has not been filed. The appeal is dismissed without prejudice to the court's consideration of a motion to reinstate *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT